UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

JOHN DOE II )
)
    Plaintiff, )
)
v. )
) Civil Action No. 7:20-cv-00440
VIRGINIA POLYTECHNIC INSTITUTE )
AND STATE UNIVERSITY, et al. )
)
    Defendants. )

**AGREED DISMISSAL ORDER**

    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Parties, by counsel, advised the Court that they had compromised and settled all issues in dispute and entered into a written Settlement Agreement. The Court finds that the Settlement Agreement is a scholastic record under Virginia Code § 2.2-3700, *et seq.* In addition, the Court finds that the Settlement Agreement is an education record under 20 U.S.C. § 1232g, *et seq.* As such, the Court shall retain jurisdiction over this matter to enforce the Settlement Agreement. On the Parties' joint motion, it is accordingly ADJUDGED and ORDERED that this action be, and the same hereby is, dismissed in its entirety with prejudice, with each party to pay their own costs and attorney fees.

    The Clerk of this Court is directed to strike this case from the Court's active docket and send a copy of this Order to counsel of record.

    ENTER:    This _____ day of _____ 20___.

                                                          _____
                                                          United States District Judge

By  /s/ M. Hudson McClanahan
Kay K. Heidbreder, VSB No. 22288
University Legal Counsel and
Special Assistant Attorney General
M. Hudson McClanahan (VSB No. 46363)
Stephen Capaldo (VSB No. 74045)
Kristina J. Hartman (VSB No. 92279)
Associate University Legal Counsel and Special Assistant Attorney General
Virginia Polytechnic Institute & State University
236 Burruss Hall
Blacksburg, VA 24061
(540) 231-6293
(540) 231-6474 facsimile
heidbred@vt.edu
hud3@vt.edu
scapaldo@vt.edu
kjhartman06@vt.edu

*Counsel for Defendants*

By   /s/ *Robert E. Dean*
Robert E. Dean, Esq. (VSB No. 80288)
ROB DEAN LAW
401 Campbell Ave., Ste. 302
Roanoke, Virginia 24016
Phone:  (540) 585-1776
Fax:     (540) 301-0833
Email:   rob@robdeanlaw.com

*Counsel for Plaintiff*